# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2099.  NORMAN EUGENE PARKER v. THE STATE.**

Following a jury trial, Norman Eugene Parker was convicted of entering an automobile with intent to commit theft and obstruction of a law enforcement officer. This Court affirmed his convictions on direct appeal.  *Parker v. State*, Case No. A14A0656 (affirmed June 18, 2014).  In September 2017, Parker filed a motion to vacate a void sentence, claiming that his sentences were void because the trial court erred in imposing consecutive sentences and erred in sentencing him as a recidivist. The trial court dismissed the motion on April 17, 2018, and Parker filed this appeal on May 25, 2018.

Pretermitting whether Parker may directly appeal the trial court's order,[1] Parker's appeal is untimely.  A notice of appeal must be filed within 30 days after entry of the order to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Parker filed his

---

[1] An appeal may lie from an order denying a motion to vacate a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216, 217 n.1 (1) (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). A sentence is void only if it imposes punishment that the law does not allow. *Crumbley v. State*, 261 Ga. 610, 611 (1) (409 SE2d 517) (1991).  "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides."  *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

notice of appeal 38 days after the trial court's dismissal order.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/07/2018*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*